# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For Revocation of Probation or Supervised Release) |
| V. | |
| | Case Number: 8:97-cr-59-T-27TGW |
| DAVID SANDLIN | USM Number: 21510-018 |
| | |
| | _Alec Hall_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number ___Three___ of the term of supervision.

__X__ was found in violation of charge number ___Four___ after denial of guilt.

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 3 | Positive Urinalysis | August 20, 2006 |
| 4 | Failure to Participate in Drug Aftercare Treatment | November 29, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The defendant has not violated charge number(s) ___1 & 2___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_January 16, 2007_
Date of Imposition of Judgment

_JAMES D. WHITTEMORE_
UNITED STATES DISTRICT JUDGE

_1/16/07_
Date

DEFENDANT: DAVID SANDLIN
CASE NUMBER: 8:97-cr-59-T-27TGW

Judgment - Page __2__ of __2__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **ONE YEAR AND ONE DAY.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

    The Coleman facility

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m. p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL